# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-20247
USDC No. 4:12-CR-730-1

United States District Court
Southern District of Texas
FILED

FEB - 3 2015

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA,

                        Plaintiff-Appellee

v.

YOLANDA NOWLIN,

                        Defendant-Appellant

Appeal from the United States District Court for the
Southern District of Texas, Houston

O R D E R:

    Michael M. Essmyer, Sr., appointed counsel for Yolanda Nowlin, moves to withdraw as counsel in this direct criminal appeal and to substitute retained counsel, D. Craig Hughes. On January 14, 2015, Hughes filed in this court an entry of appearance as lead counsel. No briefs have been filed, and Nowlin has been granted an extension of time to file her opening brief. The Government has not filed an opposition to this motion. The motion to substitute retained counsel is GRANTED, and Essmyer is relieved of further responsibilities in this appeal.

    FOR THE COURT:

MICHAEL E. SCHNEIDER
DEPUTY CLERK

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

February 03, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 14-20247    USA v. Yolanda Nowlin  
                          USDC No. 4:12-CR-730-1

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
James deMontluzin, Deputy Clerk  
504-310-7679

P.S. to Mr. Hughes: The current brief deadline has been suspended. You must electronically file a transcript order form with this court within 15 days of this notice advising us whether any additional transcripts are required, or advising no additional transcripts necessary.

Mr. David J. Bradley  
Mr. Michael Martin Essmyer Sr.  
Ms. Renata Ann Gowie  
Mr. Dallas Craig Hughes